

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00170-CV

| | | |
|---|---|---|
| ENERGY TRANSFER FUEL, L.P., A TEXAS LIMITED PARTNERSHIP, Appellant | § | On Appeal from the 17th District Court |
| | § | of Tarrant County (017-311391-19) |
| V. | § | April 22, 2021 |
| 660 NORTH FREEWAY, LLC, A TEXAS LIMITED LIABILITY COMPANY; AND TINDALL PROPERTIES, LTD., A TEXAS LIMITED PARTNERSHIP, Appellees | § | Memorandum Opinion by Justice Walker |
| | § | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

The trial court clerk shall release the cashier's check deposit in lieu of bond to appellees 660 North Freeway, LLC, a Texas Limited Liability Company; and Tindall Properties, Ltd., a Texas Limited Partnership. It is further ordered that appellant Energy Transfer Fuel, L.P., a Texas Limited Partnership, shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
    Justice Brian Walker